1  STATE OF ARIZONA          )
                             : ss
2  COUNTY OF MARICOPA        )

3

4     I, Cornele A. Overstreet, am Regional Director of Region 28 of the National

5  Labor Relations Board; I have read the foregoing petition and exhibits attached hereto

6  and know the contents thereof; the statements therein made as upon personal knowledge

7  are true and those made as upon information and belief I believe to be true.

8     Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the

9  foregoing is true and correct.

10

11    EXECUTED this 2nd day of May, 2013.

12

13

14                                        /s/ Cornele A. Overstreet
15                                        Cornele A. Overstreet
                                          Regional Director, Region 28
16                                        National Labor Relations Board

17

18

19

20

21

22

23

24

25

26