**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **CORNELE A. OVERSTREET,** **Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,**<br><br>Petitioner,<br><br>v.<br><br>**ONE CALL LOCATORS, LTD. d/b/a ELM LOCATING & UTILITY SERVICES,**<br><br>Respondent. | **Case No. 2:13-CV-00907-PHX-SLG**<br><br>**ORDER POSTPONING BRIEFING SCHEDULE AND HOLDING PETITION IN ABEYANCE** |

Upon consideration of the parties' Joint Motion to Postpone Briefing Schedule and Hold Petition in Abeyance (Docket 24), and for good cause appearing, therefore,

IT IS ORDERED that the parties' Joint Motion is hereby granted and the briefing schedule set forth in the Court's May 10, 2013 Order, as well as the Court's Order of May 20, 2013 that the parties propose additional briefing schedules on pending motions on or before May 28, 2013, are hereby postponed.

IT IS FURTHER ORDERED that the Petition for Temporary Injunction, filed by Petitioner on May 2, 2013, shall be held in abeyance pending final approval by the National Labor Relations Board of the parties' Formal Settlement Stipulation in Board Consolidated Cases CA-088321, 28-CA-092274, and 28-CA-096540.

IT IS FURTHER ORDERED that on or before **June 20, 2013**, the parties shall file either a joint status report or a stipulation to dismiss. The hearing now scheduled for **July 18, 2013 is VACATED.**[1]

DATED: this 30th day of May, 2013.

*/s/ Sharon L. Gleason*
United States District Judge

---

[1] This appears to be the parties' intent in their joint motion, although not expressly stated therein. If the Court is in error in this regard, the parties shall immediately notify the Court.

2