IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CORNELE A. OVERSTREET, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>Petitioner,<br><br>v.<br><br>ONE CALL LOCATORS, LTD. d/b/a ELM LOCATING & UTILITY SERVICES,<br><br>Respondent. | Case No. 2:13-CV-00907-PHX-SLG<br><br>**ORDER GRANTING STIPULATION TO DISMISS** |

This matter having come before the Court pursuant to the parties' Stipulation to Dismiss, and for good cause appearing, therefore, IT IS ORDERED that this matter be dismissed with prejudice.

Dated: this 24th day of June, 2013.

*/s/ Sharon L. Gleason*
United States District Judge